■ ANDREW TIVOLI, Appellant, v EXPEDITE MEDIATION ARBITRATION SERVICES, INC., et al., Respondents, et al., Defendant. [702 NYS2d 911] —In an action, *inter alia,* to recover damages for breach of a shareholders' agreement, the plaintiff appeals from an order of the Supreme Court, Nassau County (Roberto, J.), dated March 17, 1999, which, *inter alia,* denied his motion to vacate the dismissal of the complaint upon his default in proceeding with the trial.

Ordered that the order is affirmed, with costs.

To vacate a default, a plaintiff must demonstrate a reasonable excuse for his failure to proceed, a meritorious claim, and a defense to counterclaims (*see generally, Fidelity & Deposit Co. v Anderson & Co.,* 60 NY2d 693; *Berra v Mughal,* 228 AD2d 401). The plaintiff failed to establish these elements. Mangano, P. J., Santucci, Krausman, Florio and Schmidt, JJ., concur.